| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, COLORADO**<br>**Court Address: 1777 Sixth Street**<br>　　　　　**P. O. Box 4249**<br>　　　　　**Boulder, CO  80306-4249** | DATE FILED: March 29, 2019 9:46 AM<br>FILING ID: 5AD755268B65D<br>CASE NUMBER: 2019CV30306 |
| **Plaintiff:**<br><br>**George Goussetis**<br><br>**v.**<br><br>**Defendant:**<br><br>**T2 Systems, Inc, a foreign Corporation**<br><br>Attorney for Plaintiff:<br>David Levy, #14182<br>P.O. Box 1609<br>Lyons, CO 80540<br>Phone Number: 303 823 9000<br>FAX Number: 720 247 9301<br>davelevy@qwestoffice.net | ▲COURT USE ONLY▲<br><br>Case No.<br><br><br>**Div.:**　　**Ctrm:** |
| **COMPLAINT FOR DAMAGES** ||

PLAINTIFF, through his undersigned attorney, as grounds for his Complaint against the Defendant makes the following assertions:

## JURISDICTION AND VENUE

1. Plaintiff is a resident of Boulder County, and he was injured by the negligence of the Defendant while engaged in the course and scope of his employment with the City of Boulder.

2. Defendant was and is an Indiana Corporation that is authorized to conduct business in the State of Colorado.

3. The Corporation Company, 7700 E. Arapahoe Road, Centennial, Colorado, is currently identified as the Colorado registered agent for Defendant.

4. Venue is proper under C.R.C.P. 98(c) because the tort that is the subject of this Complaint occurred in Boulder County, Colorado.

## GENERAL ALLEGATIONS

5. Plaintiff incorporates paragraphs 1 through 4 by reference.

6. On April 3, 2017, at around 8:30 a.m., Plaintiff was working with a co-employee on a parking garage gate control system located at 1500 Pearl Street, in Boulder. The gate control arm is typically positioned in a ninety (90) degree horizontal level in order to require users to insert a magnetic ticket for parking before they leave. This system was purchased by the City of Boulder from T2 Systems, Inc, and installed in 2017 prior to the Plaintiff's incident.

7. Once the T2 parking control system permits the vehicle to leave the parking garage, the gate arm moves to an upright vertical position.

8. On April 3rd, 2017, the Plaintiff was standing in a position directly behind the machine in a spot where he could observe his co-employee mechanically re-set the system. Once the co-employee started the recommended procedure, the gate arm swung in an arc that caused it to strike the Plaintiff on his head.

9. The impact of the gate arm caused injuries to Plaintiff that required immediate medical treatment, and Plaintiff still requires and receives medical treatment for his injuries.

## <u>CLAIM FOR RELIEF</u>

10. Plaintiff hereby incorporates paragraphs 1-9 by reference.

11. Defendant had a legal duty, to Plaintiff and the general public, to provide a reasonably safe parking gate system, including proper instructions, installations of safety devices, and warnings for operation and maintenance in order to apprise Plaintiff and other pedestrians of the potential hazardous movement of the gate arm.

12. Defendant's conduct breached legal duties owed to Plaintiff under Colorado law and constituted negligence.

13. Defendant's negligence was the direct cause of Plaintiff's injuries, damages and losses.

14. As a result of the negligence of the Defendant, Plaintiff suffered in the past, and will in the future suffer injuries, damages, and losses including, but not limited to the following:

    (a)    pain and suffering;
    (b)    loss of enjoyment of life;
    (c)    medical, hospital, and rehabilitation expenses;
    (d)    loss of earnings and earning capacity;
    (e)    permanent impairment;
    (f)    emotional distress;
    (g)    humiliation, grief, anxiety, worry and embarrassment;

(h)      financial hardship, and,

(i )      other and further injuries, damages, and losses as will be proven at trial.

**WHEREFORE**, Plaintiff requests that judgment be entered in his favor against the Defendant in an amount to be determined by the evidence for compensatory damages; interest; attorney's fees as allowed by law; costs; expert witness fees; and, any other and further relief as the Court may deem proper.

Respectfully Submitted this 29th day of March, 2019.


/s/ David Levy

_____

David Levy


Plaintiff's Address:

4940 Thunderbird Circle
Apt. 304
Boulder, CO   80303