IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01415-KLM

GEORGE GOUSSETIS,

    Plaintiff,

v.

T2 SYSTEMS, INC., a foreign corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulation for Dismissal With Prejudice** [#51] ("Motion"). Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."

    Because the Motion is signed by counsel for all parties of record who have stipulated to dismiss the case,

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to be responsible for their own attorneys' fees and costs. The Clerk of Court shall close this case.

    IT IS FURTHER **ORDERED** that the four-day trial set to commence on November 2, 2020, and the Final Pretrial/Trial Preparation Conference set for October 28, 2020, at 10:30 a.m. are **VACATED**.

    Dated: August 11, 2020